### Sims et al. *v.* Butler County Mushroom Farm, Inc. et al., Appellant.

Submitted November 12, 1973. *Robert E. Pryde,* for appellant; *Robert E. Ashe,* and *Ashe & Ashe,* for appellee.

Judgment affirmed.

SPAULDING, J., absent.